Filed 5/17/22  P. v. Montes CA6
**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SIXTH APPELLATE DISTRICT

| | |
|---|---|
| THE PEOPLE, | H047567 |
| Plaintiff and Respondent, | (Santa Clara County Super. Ct. No. B1897157) |
| v. | |
| ALEXANDER MONTES, | |
| Defendant and Appellant. | |

**MEMORANDUM OPINION[1]**

In November 2018, Appellant Alexander Montes pleaded guilty to leaving the scene of an accident (Veh. Code, § 20001, subd. (b)(2)) and admitted that he had a prior strike conviction (Pen. Code, §§ 667, subds. (b)-(i), 1170.12).  The trial court sentenced him to term of six years in prison and imposed various fines and fees, including a $129.75 criminal justice administration fee under Government Code section 29550.1.

On appeal, Montes argues, and the Attorney General concedes, that the portion of his $129.75 criminal justice administration fee that remains unpaid as of July 1, 2021 should be vacated due to recent legislative changes effectuated by Assembly Bill

---

[1] We resolve this case by memorandum opinion pursuant to California Standards of Judicial Administration, Title 8, Standard 8.1.  (See also *People v. Garcia* (2007) 97 Cal.App.4th 847, 853-855.)

No. 1869 that rendered the fee uncollectible and unenforceable.[2] "Assembly Bill 1869 abrogated the authority to impose and collect 23 different administrative fees, including, as relevant here, . . . the criminal justice administration fee." (*People v. Greeley* (2021) 70 Cal.App.5th 609, 625.) "Relevant to the criminal justice administration fee, Government Code section 6111 provides, 'On or after July 1, 2021, the unpaid balance of any court-imposed costs pursuant to [Government Code] [s]ection 27712, subdivision (c) or (f) of [Government Code] [s]ection 29550 and [Government Code] [s]ections 29550.1, 29550.2, and 29550.3, as those sections read on June 30, 2021, is unenforceable and uncollectible and any portion of a judgment imposing those costs shall be vacated.' " (*Id.* at pp. 625-626.) As Montes's criminal justice administration fee was imposed under Government Code section 29550.1, he is entitled to have the unpaid balance of his fee vacated under Government Code section 6111. We will modify the judgment to vacate the unpaid portion of the fee as is now required under the law.

## DISPOSITION

Pursuant to Government Code section 6111, the portion of the criminal justice administration fee imposed under Government Code section 29550.1 that remained unpaid as of July 1, 2021 is vacated. As modified, the judgment is affirmed. The clerk of the superior court is directed to prepare and transmit to the Department of Corrections and Rehabilitation a certified copy of an amended abstract of judgment reflecting the modification

---

[2] After he was sentenced and while this appeal was pending, Montes requested the same relief from the trial court—vacatur of the unpaid portion of his criminal justice administration fee. The trial court denied his request. We grant Montes's request for judicial notice of the trial court's order denying his request.

_____
LIE, J.


WE CONCUR:




_____
GREENWOOD, P.J.




_____
GROVER, J.




*People v. Montes*
**H047567**